**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANA FUENTES o/b/o R.M., | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
|     v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of Social Security, | : | No. 19-6151 |
|     Defendant. | : | |

## <u>ORDER</u>

AND NOW, on November 12, 2020, upon consideration of the Brief and Statement of Issues in Support of Request for Review filed by Plaintiff Ana Fuentes, on behalf of her daughter, R.M. (doc. 12), the Commissioner's Response (doc. 13), and Fuentes' Reply (doc. 16) it is ORDERED:

1. Plaintiff's Request for Review is GRANTED;

2. The matter is REMANDED to the Commissioner for reconsideration in accordance with the accompanying Memorandum Opinion; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE